IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 158 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SKIN SAKE, LLC., | ) | |
| AND JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff") and Defendant Skin Sake, LLC ("Defendant"), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

| | |
|---|---|
| /s/ Dulijaza Clark | /s/ Molly A. Arranz |
| Dulijaza Clark | Molly A. Arranz |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | SmithAmundsen LLC |
| 120 S. LaSalle Street, 18th Floor | 150 North Michigan Avenue, Suite 3300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| Telephone: 312/739-4200 | Telephone: 312/894-3307 |
| Facsimile: 312/419-0379 | Facsimile: 312/894-3210 |
| Counsel for Plaintiff | Counsel for Skin Sake, LLC |

## CERTIFICATE OF SERVICE

   I, Dulijaza Clark, certify that on March 2, 2010, I electronically filed a true and accurate copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Molly A. Arranz
SmithAmundsen LLC
150 North Michigan Avenue,
Suite 3300
Chicago, IL 60601
MArranz@salawus.com

                s/ Dulijaza Clark
                Dulijaza Clark

Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. LaSalle St.
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (Fax)