**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.

                                    Plaintiff,

v.                                                      Case No.: 1:10–cv–00158
                                                        Honorable Virginia M. Kendall

Skin Sake, LLC., et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 2, 2010:

      MINUTE entry before Honorable Virginia M. Kendall: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Glen Ellyn Pharmacy, Inc.("Plaintiff") and defendant Skin Sake, LLC ("Defendant"), hereby stipulate and agree to the dismissal of Plaintiffs individual claims against Defendants with prejudice, and with each party bearing its own costs. Status set for 3/3/2010 is stricken.Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.